**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   GORDON SIMPSON,                          No. C-06-4837 MMC

12              Plaintiff,                     **ORDER VACATING ORDER TO SHOW
                                               CAUSE AND DESIGNATING CASE FOR**
13     v.                                      **ELECTRONIC FILING**

14   OFFICERS A. McNACK, et al.,

15              Defendants.
     _____/
16

17

18        On November 17, 2006, the Court issued an order directing plaintiff to show cause in

19   writing, no later than December 1, 2006, why the instant action should not be dismissed for

20   failure to prosecute.  On November 29, 2006, plaintiff filed a response thereto.  Having

21   considered the representations therein, the Court hereby VACATES the order to show

22   cause.

23        Additionally, in the above-referenced response, plaintiff has notified the Court that he

24   is represented by counsel.  As all parties who have appeared in the instant action to date

25   are represented by counsel, the above-titled action is hereby DESIGNATED for

26   participation in the Court's Electronic Case Filing Program.  All future documents filed by

27   any party in this action shall be filed electronically, pursuant to General Order 45.  The

28   parties are hereby reminded that the Court's standing order requires a paper copy of each

     electronically filed document, for use in chambers, to be delivered to the Clerk's Office no

1   later than noon on the day after the document is filed electronically.

2   **IT IS SO ORDERED.**

3   Dated: November 30, 2006                        MAXINE M. CHESNEY
                                                     United States District Judge