

Guy A. Odom, Jr. (SBN77618)
**Law Offices of Guy A. Odom, Jr.**
800 W. El Camino Real, Suite 180
Mountain View, Ca. 94040
Telephone No.: (650) 965-4400
Facsimile No.: (650) 965-9894
Email Address: godom1@aol.com

Attorney for Plaintiff, **Gordon Simpson**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GORDON SIMPSON,** | Case No. C06-04837-MMC |
| Plaintiff, | |
| vs. | **EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE ON STIPULATION OF ATTORNEYS AND ORDER THEREON** |
| **OFFICERS A. MCNACK, and ZENDEJAS, ET AL.** | Case Management Date: 03-23-2007<br>Time: 10:30 A.M.<br>Courtroom No.: 7 |
| Defendant. | **District Court Judge: Maxine M. Chesney** |

**Ex Parte Application Declaration**

Plaintiff, Gordon Simpson, by and through his attorney, Guy A. Odom, Jr., hereby applies for a court order continuing the Case Management Conference in this cause heretofore set for March 23, 2007 to April 27, 2007.

Dated: March 21, 2007                    /S/Guy A. Odom, Jr.
                                          Guy A. Odom, Jr.
                                          Attorney for Plaintiff

**Declaration Of Guy A. Odom, Jr.**

Plaintiff's attorney, as an officer of the court, hereby represents that he has personally spoken to both defense counsel, Dale L. Allen, Jr. and Jeff Cambra, and that they have agreed to the continuance herein sought.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 21, 2007 at Mountain

---

Simpson v. Officers A. McNack, et al., Case No. C06-04837-MMC
Ex Parte Application For Continuance Of Case Management Conference, etc.

-1-



1 | View, California.

2 |                                                              /S/Guy A. Odom, Jr.

3 |                                                                Guy A. Odom, Jr.,

### Order

The application of Plaintiff, Gordon Simpson, for a continuance was heard ex parte this date.

Good Cause for such continuance having been shown,

**IT IS ORDERED** that the Case Management Conference set for March 23, 2007, be continued to ~~**April 27, 2007**~~ **May 11, 2007**, at **10:30 A.M.**, in **Courtroom 7** of this court. The parties shall file a Joint Case Management Statement no later than May 4, 2007.

Dated: March 22, 2007

                                                    Maxine M. Chesney,
Judge of the United States District Court

---

~~EX PARTE APPLICATION RE CONTINUANCE OF CMC/SIMPSON2~~
Simpson v. Officers A. McNack, et al., Case No. C06-04837-MMC
Ex Parte Application For Continuance Of Case Management Conference, etc.