

Dated: March 22, 2007

1  Guy A. Odom, Jr. (SBN77618)
   Law Offices of Guy A. Odom, Jr.
2  800 W. El Camino Real, Suite 180
   Mountain View, CA 94040
3  Telephone No.: (650) 965-4400
   Facsimile No.: (650) 965-9894
4  Email Address: godom1@aol.com

5  Attorney for Plaintiff, Gordon Simpson

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 GORDON SIMPSON,              )   Case No. 3:06-cv-04837-MMC
                                )
12          Plaintiff,          )
                                )   SUBSTITUTION OF ATTORNEY
13 vs.                          )
                                )
14 OFFICERS A. MCNACK, ET AL.   )
                                )
15          Defendants.         )
                                )
16 _____)

17      THE COURT AND ALL INTERESTED PERSONS ARE HEREBY NOTIFIED THAT

18 PLAINTIFF, Gordon Simpson, makes the following substitution:

19      1.  Former legal representative:  Joseph Johnson, Esq., who, as of

20 January 9, 2007, no longer practices law.

21      2.  New legal representative:  Guy A. Odom, Jr., Law Offices of Guy A.

22 Odom, Jr., 800 W. El Camino Real, Suite 180, Mountain View, CA 94040;

23 Telephone #: (650) 965-4400; Facsimile #: (650) 965-9894; Email Address:

24 godom1@aol.com.

25      3.  The party making this substitution is the Plaintiff, Gordon

26 Simpson.

---



1    I/we consent to this substitution.

2   Date: _____03/22/2007_____                 _____/s/Gordon Simpson_____
                                                              Gordon Simpson
3

4    I consent to this substitution.

5   Date: _____03/22/2007_____                 _____/s/Guy A. Odom, Jr._____
                                                              Guy A. Odom, Jr.

Simpson v. Officers A. McNack, et al., Case No. 03:06-cv-04837-MMC
Substitution of Attorney
-2-