**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON SIMPSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. MC NACK, et al.,<br><br>　　　　Defendant.<br>_____ / | No. C -06-4837 MMC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR TRIAL UPON CONSENT** |

IT IS HEREBY ORDERED that the above-captioned case is referred to a Magistrate Judge for all further proceedings and entry of judgment. Appeal from the judgement shall be taken directly to the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. § 363(C).

**IT IS SO ORDERED.**

Dated: June 14, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge