United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON SIMPSON, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER A. McNACK, *et al.*, <br><br> Defendants. <br> _____/ | No. C-06-4837 EMC <br><br> **ORDER GRANTING PLAINTIFF'S ATTORNEY'S MOTION TO WITHDRAW; AND SETTING CASE MANAGEMENT DEADLINES** <br><br> **(Docket No. 37)** |

Guy Odom, the attorney for Plaintiff Gordon Simpson, has filed a motion to withdraw as counsel for Mr. Simpson. Mr. Simpson has not filed any opposition to the motion to withdraw. Nor did he appear at the hearing on the motion to withdraw, which was held on November 21, 2007. Having considered the motion to withdraw as well as the representations of counsel made at the November 21 hearing, the Court hereby **GRANTS** the motion.

"In the Northern District of California, the conduct of counsel is governed by the standards of professional conduct required of members of the State Bar of California, including the Rules of Professional Conduct of the State Bar of California." *Hill Design Group v. Wang*, No. C 04-521 JF (RS), 2006 U.S. Dist. LEXIS 93449, at *11 (N.D. Cal. Dec. 11, 2006). Under California Rule of Professional Conduct 3-700, counsel may withdraw from representation if, inter alia, the client's "conduct renders it unreasonably difficult for the [attorney] to carry out the employment effectively." Cal. R. Prof. Conduct 3-700(C)(1)(d). In the instant case, the Court finds that Mr. Odom can no longer effectively represent Mr. Simpson because the latter has "been unwilling or unable to communicate or cooperate with [counsel]." *Id.* at *12-13 (granting motion to withdraw as

counsel on that basis). This finding is based on both the declaration of Mr. Odom and representations made by counsel at the *in camera* hearing held herein. Mr. Simpson did not file any opposition to the motion nor did he appear at the hearing.

Accordingly, the motion to withdraw is granted. Effective immediately, Mr. Simpson shall proceed as a pro se litigant unless he finds counsel to represent him and counsel makes an appearance with this Court. All papers and pleadings shall be served on Mr. Simpson at the last known address provided by counsel -- which is 1090 B Street, #139, Hayward, California 94546 -- unless Mr. Simpson notifies the Court that a different address should be used.[1]

The Court shall give Mr. Simpson until **January 21, 2007**, to locate counsel to represent him in this matter and have that counsel file an appearance in this case. The case is stayed until said date. If no appearance is made by that time, the case shall proceed and Mr. Simpson shall continue with this case as a pro se litigant. On **January 30, 2007, at 2:30 p.m.**, the Court shall hold a further case management conference. The parties should file a joint case management conference statement by **January 23, 2007**, to provide the Court with an update on the case and to propose new case management deadlines. All previous case management deadlines, as set forth in the Court's case management scheduling order of July 26, 2007, *see* Docket No. 34, are hereby VACATED.

In the interim, the Court shall refer this case for settlement conference before a Magistrate Judge.

Upon receipt, Mr. Odom is directed to serve this Order on Mr. Simpson and shall file a Proof/Certificate of Service with this Court.

This order disposes of Docket No. 37.

IT IS SO ORDERED.

Dated: November 26, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

---

[1] The last known telephone number for Mr. Simpson is (510) 887-0394. As above, the Court will use this number, if needed, to communicate with Mr. Simpson unless he notifies the Court otherwise.

2