DALE L. ALLEN, JR., # 145279
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
BAY AREA RAPID TRANSIT DISTRICT
OFFICERS McNACK and ZENDEJAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON SIMPSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OFFICERS A. McNACK, and ZENDEJAS, POLICE OFFICERS and EMPLOYEES OF BAY AREA RAPID TRANSIT DISTRICT, THE BAY AREA RAPID TRANSIT DISTRICT OFFICERS SGT. STANLEY A. NGUYEN, CERRUTI, WAYBRIGHT, POLICE OFFICERS and EMPLOYEES OF THE CITY OF HAYWARD, THE CITY OF HAYWARD, and DOES 1-20,<br><br>　　　　　　Defendants. | NO. 3:06-cv-04837 EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE<br><br>Date:　　March 28, 2008<br>Time:　　10:00 a.m.<br>Courtroom:　F<br><br>Judge:　　Hon. James Larson |

　　　　Plaintiff Gordon Simpson, *pro se*, and defendants, through their respective counsel, hereby stipulate as follows:

　　　　1.　　To continue the Mandatory Settlement Conference currently scheduled for March 28, 2008, at 10:00 a.m., to May 8, 2008, at 2:00 p.m., or to a date as soon thereafter as may be feasible for the Court.　　　　June 11, 2008

　　　　Good cause for this continuance exists in that:

　　　　1.　　Trial counsel for defendants Bay Area Rapid Transit District, Officer McNack and Officer Zendejas has a scheduling conference preventing his attendance at the March 28, 2008 conference; and

-1-

2. The parties have agreed to meet informally with a third-party neutral to attempt settlement negotiations and/or to narrow the factual and legal issues for discussion at the mandatory settlement conference.

Dated: March 25, 2008.

LOW, BALL & LYNCH

By /s/
DALE L. ALLEN, JR.
DIRK D. LARSEN
Attorneys for Defendants
BAY AREA RAPID TRANSIT DISTRICT,
OFFICERS McNACK and ZENDEJAS

Dated: March _____, 2008.

CITY OF HAYWARD, OFFICE OF THE
CITY ATTORNEY

By_____
JEFF CAMBRA
Attorneys for Defendants
CITY OF HAYWARD, EMPLOYEES OF THE
CITY OF HAYWARD, SGT. STANLEY A.
NGUYEN, CERRUTI and WAYBRIGHT

Dated: March _____, 2008.

_____
GORDON SIMPSON
Plaintiff *pro se*

IT IS SO ORDERED.

Dated: _____.

_____
HON. JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

-2-

2. The parties have agreed to meet informally with a third-party neutral to attempt settlement negotiations and/or to narrow the factual and legal issues for discussion at the mandatory settlement conference.

Dated: March _____, 2008.

LOW, BALL & LYNCH

By_____
DALE L. ALLEN, JR.
DIRK D. LARSEN
Attorneys for Defendants
BAY AREA RAPID TRANSIT DISTRICT,
OFFICERS McNACK and ZENDEJAS

Dated: March 22, 2008.

CITY OF HAYWARD, OFFICE OF THE
CITY ATTORNEY

By_____
JEFF CAMBRA
Attorneys for Defendants
CITY OF HAYWARD, EMPLOYEES OF THE
CITY OF HAYWARD, SGT. STANLEY A.
NGUYEN, CERRUTI and WAYBRIGHT

Dated: March _____, 2008.

_____
GORDON SIMPSON
Plaintiff *pro se*

IT IS SO ORDERED.

Dated: _____.

_____
HON. JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

-2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE

2. The parties have agreed to meet informally with a third-party neutral to attempt settlement negotiations and/or to narrow the factual and legal issues for discussion at the mandatory settlement conference.

Dated: March ____, 2008.

          LOW, BALL & LYNCH

          By_____
          DALE L. ALLEN, JR.
          DIRK D. LARSEN
          Attorneys for Defendants
          BAY AREA RAPID TRANSIT DISTRICT,
          OFFICERS McNACK and ZENDEJAS

Dated: March ____, 2008.

          CITY OF HAYWARD, OFFICE OF THE
          CITY ATTORNEY

          By_____
          JEFF CAMBRA
          Attorneys for Defendants
          CITY OF HAYWARD, EMPLOYEES OF THE
          CITY OF HAYWARD, SGT. STANLEY A.
          NGUYEN, CERRUTI and WAYBRIGHT

Dated: March 24, 2008.

          _____
          GORDON SIMPSON
          Plaintiff *pro se*

IT IS SO ORDERED.    The Settlement Conference has been continued to June 11, 2008.

Dated: March 28, 2008

          _____
          HON. JAMES LARSON
          U.S. CHIEF MAGISTRATE JUDGE

-2-