1  DALE L. ALLEN, JR., # 145279
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendant
   BAY AREA RAPID TRANSIT DISTRICT
6  OFFICERS McNACK and ZENDEJAS

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 GORDON SIMPSON,                      )  NO. 3:06-cv-04837 EMC
                                        )
12                Plaintiff,            )  STIPULATION AND
                                        )  [PROPOSED] ORDER TO
13        vs.                           )  CONTINUE CASE
                                        )  MANAGEMENT CONFERENCE
14 OFFICERS A. McNACK, and ZENDEJAS, POLICE)
   OFFICERS and EMPLOYEES OF BAY AREA   )  Date:       April 2, 2008
15 RAPID TRANSIT DISTRICT, THE BAY AREA )  Time:       2:30 p.m.
   RAPID TRANSIT DISTRICT OFFICERS SGT. )  Courtroom:  C
16 STANLEY A. NGUYEN, CERRUTI,          )
   WAYBRIGHT, POLICE OFFICERS and       )  Judge:      Hon. Edward M.
17 EMPLOYEES OF THE CITY OF HAYWARD,    )              Chen
   THE CITY OF HAYWARD, and DOES 1-20,  )
18                                      )
                  Defendants.           )
19 _____)

20        Plaintiff Gordon Simpson, *pro se*, and defendants, through their respective counsel, hereby

21 stipulate as follows:

22        1.      To continue the Case Management Conference scheduled for April 2, 2008, at 2:30 p.m.,

23 to July 2, 2008, at 2:30 p.m..

24 ///

25 ///

26 ///

27 ///

28 ///

-1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
J:\1752\sf0190\P-stip.cont.cmc.wpd                                USDC CASE NO. 3:06-cv-04837 EMC

1  Good cause for this continuance exists in that the Mandatory Settlement Conference previously
2  scheduled for March 28, 2008, has been continued to June 11, 2008.

4  Dated: April 21, 2008.

LOW, BALL & LYNCH

By /s/
DALE L. ALLEN, JR.
DIRK D. LARSEN
Attorneys for Defendants
BAY AREA RAPID TRANSIT DISTRICT,
OFFICERS McNACK and ZENDEJAS

Dated: April ____, 2008.

CITY OF HAYWARD, OFFICE OF THE
CITY ATTORNEY

By_____
JEFF CAMBRA
Attorneys for Defendants
CITY OF HAYWARD, EMPLOYEES OF THE
CITY OF HAYWARD, SGT. STANLEY A.
NGUYEN, CERRUTI and WAYBRIGHT

Dated: April ____, 2008.

_____
GORDON SIMPSON
Plaintiff *pro se*

IT IS SO ORDERED.

Dated: _____.

_____
HON. EDWARD M. CHEN
U.S. MAGISTRATE JUDGE

1  Good cause for this continuance exists in that the Mandatory Settlement Conference previously
2  scheduled for March 28, 2008, has been continued to June 11, 2008.

4  Dated: April ____, 2008.

5                                           LOW, BALL & LYNCH

7                                           By_____
                                              DALE L. ALLEN, JR.
                                              DIRK D. LARSEN
8                                             Attorneys for Defendants
                                              BAY AREA RAPID TRANSIT DISTRICT,
9                                             OFFICERS McNACK and ZENDEJAS

10 Dated: April  4 , 2008.

12                                          CITY OF HAYWARD, OFFICE OF THE
                                            CITY ATTORNEY

14                                          By_____
                                              JEFF CAMBRA
                                              Attorneys for Defendants
15                                            CITY OF HAYWARD, EMPLOYEES OF THE
                                              CITY OF HAYWARD, SGT. STANLEY A.
16                                            NGUYEN, CERRUTI and WAYBRIGHT

17 Dated: April ____, 2008.

20                                          _____
                                            GORDON SIMPSON
                                            Plaintiff *pro se*

22 IT IS SO ORDERED.

24 Dated: _____.

26                                          _____
                                            HON. EDWARD M. CHEN
27                                          U.S. MAGISTRATE JUDGE

1  Good cause for this continuance exists in that the Mandatory Settlement Conference previously
2  scheduled for March 28, 2008, has been continued to June 11, 2008.

4  Dated: April _____, 2008.

5                                              LOW, BALL & LYNCH

7                                              By_____
                                                DALE L. ALLEN, JR.
8                                               DIRK D. LARSEN
                                                Attorneys for Defendants
                                                BAY AREA RAPID TRANSIT DISTRICT,
9                                               OFFICERS McNACK and ZENDEJAS

10 Dated: April _____, 2008.

12                                              CITY OF HAYWARD, OFFICE OF THE
                                                CITY ATTORNEY

14                                              By_____
                                                JEFF CAMBRA
15                                              Attorneys for Defendants
                                                CITY OF HAYWARD, EMPLOYEES OF THE
                                                CITY OF HAYWARD, SGT. STANLEY A.
16                                              NGUYEN, CERRUTI and WAYBRIGHT

17 Dated: April  9 , 2008.

20                                              _____
                                                GORDON SIMPSON
                                                Plaintiff *pro se*

22 IT IS SO ORDERED.

24 Dated: April 22, 2008

**IT IS SO ORDERED**

Judge Edward M. Chen

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

-2-