**LOW, BALL & LYNCH**    ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111-2584
TELEPHONE (415) 981-6630 • FACSIMILE (415) 982-1634 • WWW.LOWBALL.COM

June 4, 2008

*IT IS SO ORDERED*
*Judge James Larson*

Honorable James Larson, Magistrate Judge
U.S. District Court/Northern District
450 Golden Gate Avenue
16th Floor, Suite 1111
San Francisco, CA 94102

    Re:    *Gordon Simpson v. Officers A. McNack and Zendejas, et al.*
            U.S.D.C. Northern District Action No. 3:06-cv-04837-EMC - JL

Dear Judge Larson:

    A Mandatory Settlement Conference is scheduled before you on June 11, 2008. I have just learned that one of the two officers named in the complaint, Det. Anise McNack, has a long-standing paid vacation scheduled to begin on June 10, 2008, and it would pose a great hardship for her to be scheduled at this time. The second officer involved, Officer Michael Zandejas, will be present along with a representative from the Bay Area Rapid Transit District with the necessary authority to negotiate on behalf of the District and the officers on their indemnity issues. Officer Zendejas would be able to explain all the actions of Officer McNack as he was in her presence nearly the entire time.

    The settlement conference has been difficult to schedule because of the pro per status of plaintiff. We would prefer that the settlement conference go forward on June 11, 2008, and respectfully request that the court excuse the appearance of Det. McNack.

                                   Very truly yours,

                                   LOW, BALL & LYNCH

                                   Dale L. Allen, Jr.

DLA/mkm

cc:    Jeff Cambra
        Gordon Simpson

MONTEREY OFFICE • 2 LOWER RAGSDALE DRIVE, SUITE 110, MONTEREY, CALIFORNIA 93940 • TELEPHONE (831) 655-8822 FAX (831) 655-8881