Gordon I. Simpson
27817 Norwich Way
Hayward, Ca 94545
(510)887-0394
June 9, 2008

FILED
JUN 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Honorable James Larson, Magistrate Judge
U.S. District Court/Northern District
450 Golden Gate Avenue
16th Floor, Suite 1111
San Francisco, CA 94102

    Re:    Gordon Simpson v. Officers A. McNack and Zendejas, et al.
           Doc# 06-04837

Dear Judge Larson:

    A Mandatory Settlement Conference is scheduled before you on June 11, 2008. I have not yet found legal counsel and would like to be represented by an attorney for the conference and also to complete the mandatory settlement statement form. I also understand that officer McNack will be on vacation at this time. I am respectfully requesting a 30 day continuance to secure an attorney and it would give officer McNack time to come back from her vaction so all party's can be present.

                                    Very truly yours,
                                    Gordon I. Simpson

The settlement conference has been continued to Friday, July 18, 2008 at 10:00 a.m.

                                    SO ORDERED

                                  JAMES LARSON
                              U.S. CHIEF MAGISTRATE JUDGE

cc:    Dale L. Allen
        Jeff Cambra