DALE L. ALLEN, JR., # 145279
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
BAY AREA RAPID TRANSIT DISTRICT
OFFICERS McNACK and ZENDEJAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON SIMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICERS A. McNACK, and ZENDEJAS, POLICE OFFICERS and EMPLOYEES OF BAY AREA RAPID TRANSIT DISTRICT, THE BAY AREA RAPID TRANSIT DISTRICT OFFICERS SGT. STANLEY A. NGUYEN, CERRUTI, WAYBRIGHT, POLICE OFFICERS and EMPLOYEES OF THE CITY OF HAYWARD, THE CITY OF HAYWARD, and DOES 1-20,<br><br>    Defendants. | NO. 3:06-cv-04837 EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:    October 1, 2008<br>Time:    2:30 p.m.<br>Courtroom:    C<br><br>Judge:    Hon. Edward M. Chen |

    Plaintiff Gordon Simpson, *pro se*, and defendants, through their respective counsel, hereby stipulate as follows:

    1.    To continue the Case Management Conference scheduled for October 1, 2008, at 2:30 p.m., to October 29, 2008, at 2:30 p.m.

///

///

///

///

///

---

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
J:\1752\sf0190\P-stip.cont.cmc-002.wpd      USDC CASE NO. 3:06-cv-04837 EMC

Good cause for this continuance exists in that plaintiff Gordon Simpson is in the process of retaining counsel, and said counsel will not be sufficiently familiar with the case by October 1, 2008.

Dated: ~~September~~ October 1, 2008.

                          LOW, BALL & LYNCH

                          By _/s/_____
                          DALE L. ALLEN, JR.
                          DIRK D. LARSEN
                          Attorneys for Defendants
                          BAY AREA RAPID TRANSIT DISTRICT,
                          OFFICERS McNACK and ZENDEJAS

Dated: September ____, 2008.

                          CITY OF HAYWARD, OFFICE OF THE
                          CITY ATTORNEY

                          By_____
                          JEFF CAMBRA
                          Attorneys for Defendants
                          CITY OF HAYWARD, EMPLOYEES OF THE
                          CITY OF HAYWARD, SGT. STANLEY A.
                          NGUYEN, CERRUTI and WAYBRIGHT

Dated: September 30, 2008.

                          _/s/_____
                          GORDON SIMPSON
                          Plaintiff *pro se*

IT IS SO ORDERED.

Dated: 10/3/08 _____.

                          HON. EDWARD M. CHEN
                          U.S. MAGISTRATE JUDGE

*[Stamp: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

-2-

Good cause for this continuance exists in that plaintiff Gordon Simpson is in the process of retaining counsel, and said counsel will not be sufficiently familiar with the case by October 1, 2008.

Dated: October _____, 2008.

LOW, BALL & LYNCH

By_____
DALE L. ALLEN, JR.
DIRK D. LARSEN
Attorneys for Defendants
BAY AREA RAPID TRANSIT DISTRICT,
OFFICERS McNACK and ZENDEJAS

Dated: October 2, 2008.

CITY OF HAYWARD, OFFICE OF THE
CITY ATTORNEY

By_____
JEFF CAMBRA
Attorneys for Defendants
CITY OF HAYWARD, EMPLOYEES OF THE
CITY OF HAYWARD, SGT. STANLEY A.
NGUYEN, CERRUTI and WAYBRIGHT

Dated: October _____, 2008.

_____
GORDON SIMPSON
Plaintiff *pro se*

IT IS SO ORDERED.

Dated: _____.

_____
HON. EDWARD M. CHEN
U.S. MAGISTRATE JUDGE

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
J:\1752\sf0190\P-stip.contconc-002.wpd
USDC CASE NO. 3:06-cv-04837 EMC