UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON SIMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICER A. McNACK, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-06-4837 EMC<br><br>**ORDER SEALING PLAINTIFF'S RESPONSE TO COUNSEL'S MOTION TO WITHDRAW** |

        The Richardson law firm, which represents Plaintiff Gordon Simpson, has filed a motion to withdraw as counsel for Mr. Simpson. On May 26, 2009, Mr. Simpson submitted a letter to the Court addressing the motion to withdraw. Because the contents of the letter contain privileged information, the Court hereby orders that Mr. Simpson's letter be filed under seal.

        IT IS SO ORDERED.

Dated: May 27, 2009

                                                              _____<br>
                                                            EDWARD M. CHEN<br>
                                                             United States Magistrate Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5  UNITED STATES DISTRICT COURT
6  NORTHERN DISTRICT OF CALIFORNIA
7
8  GORDON SIMPSON,                          No. C-06-4837 EMC
9          Plaintiff,
                                            **CERTIFICATE OF SERVICE**
10         v.
11 OFFICER A. McNACK, *et al.*,
12         Defendants.
                                        /
13
14
15     I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern
16 District of California.  On the below date, I served a true and correct copy of the attached, by placing
17 said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing
18 said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery
19 receptacle located in the Office of the Clerk.
20 GORDON SIMPSON (*Pro se*)            *ALL OTHER COUNSEL SERVED VIA*
   27817 Norwirch Way                   *ELECTRONIC FILING ("E-FILING")*
21 Hayward, CA 94545
22
23 Dated:  May 27, 2009                  RICHARD W. WIEKING, CLERK
24
25                                       By:  _____/s/_____
                                              Leni Doyle
26                                            Deputy Clerk
27
28