UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON SIMPSON, | No. C-06-4837 EMC |
| Plaintiff, | |
| v. | **ORDER APPOINTING LIMITED SCOPE COUNSEL** |
| OFFICER A. McNACK, *et al.*, | |
| Defendants. | |
| _____/ | |

Because the Plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Dan Roth is hereby appointed as counsel for Mr. Simpson for the limited purpose of defending the remainder of his deposition. The appointment will automatically terminate at the close of the deposition. The deposition shall take place no later than 30 days from the date of this order.

IT IS SO ORDERED.

Dated: November 18, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GORDON SIMPSON,

        Plaintiff,

v.

A. MCNACK et al,

        Defendant.

Case Number: CV06-04837 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gordon Simpson
27817 Norwich Way
Hayward, CA 94545

Dan Roth
Volunteer Legal Services Program
Federal Pro Bono Project
 450 Golden Gate Avenue
15th Floor, Room 2796
San Francisco CA 94102.

Dated: November 18, 2009

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2