UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GORDON SIMPSON,                                    No. C-06-4837 EMC

        Plaintiff,

    v.                                                      **ORDER APPOINTING COUNSEL**

OFFICER A. McNACK, *et al.*,

        Defendants.

_____/

      Because the plaintiff Gordon Simpson has requested and is in need of counsel to assist him in this matter and three volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, David Priebe, Timothy Lohse, and Marc Belloli of DLA Piper LLP US are hereby appointed as counsel for Plaintiff Gordon Simpson in this matter. DLA Piper LLP US is located at 2000 University Avenue, East Palo Alto, CA 94303. Tel. (650) 833-2056. Fax No. (650) 234-3284. E-Mail addresses: david.priebe@dlapiper.com, timothy.lohse@dlapiper.com, and marc.belloli@dlapiper.com.

      IT IS SO ORDERED

Dated:  January 4, 2010

                             _____
                             EDWARD M. CHEN
                             United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GORDON SIMPSON,

      Plaintiff,

  v.

A. MCNACK et al,

      Defendant.

_____/

Case Number: CV06-04837 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

GORDON SIMPSON
27817 Norwich Way
Hayward, CA 94545
510-887-0394

David Priebe
Timothy Lohse
Marc Belloli
DLA Piper LLP US
2000 University Avenue
East Palo Alto, CA 94303

Dated: January 4, 2010

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk