| | |
|---|---|
| DALE L. ALLEN, JR., # 145279<br>DIRK D. LARSEN, # 246028<br>LOW, BALL & LYNCH<br>505 Montgomery Street, 7th Floor<br>San Francisco, California 94111-2584<br>Telephone (415) 981-6630<br>Facsimile (415) 982-1634<br>dallen@lowball.com<br>dlarsen@lowball.com<br><br>Attorneys for Defendant<br>BAY AREA RAPID TRANSIT DISTRICT<br>OFFICERS McNACK and ZENDEJAS | DAVID PRIEBE, # 148679<br>TIMOTHY LOHSE, # 177230<br>MARC BELLOLI, # 244290<br>DLA PIPER LLP US<br>2000 University Avenue<br>East Palo Alto, California 94303<br>Telephone (650) 833-2000<br>Facsimile (650) 234-3284<br>david.priebe@dlapiper.com<br>timothy.lohse@dlapiper.com<br>marc.belloli@dlapiper.com<br><br>Attorneys for Plaintiff<br>GORDON SIMPSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON SIMPSON,<br>   Plaintiff,<br>vs.<br>OFFICERS A. McNACK, and ZENDEJAS, POLICE OFFICERS and EMPLOYEES OF BAY AREA RAPID TRANSIT DISTRICT, THE BAY AREA RAPID TRANSIT DISTRICT OFFICERS SGT. STANLEY A. NGUYEN, CERRUTI, WAYBRIGHT, POLICE OFFICERS and EMPLOYEES OF THE CITY OF HAYWARD, THE CITY OF HAYWARD, and DOES 1-20,<br>   Defendants. | NO. 3:06-cv-04837 EMC<br><br>STIPULATION OF DISMISSAL AND [P~~ROPOSE~~D] ORDER<br><br>(as to Defs. McNack, Zendejas and BART only) |

Plaintiff GORDON SIMPSON ("Plaintiff") and defendants OFFICER ANISA McNACK, OFFICER MICHAEL ZENDEJAS and BAY AREA RAPID TRANSIT DISTRICT (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

1. That Plaintiff's complaint and all causes of action alleged against these stipulating Defendants be dismissed with prejudice;

2. That each side bear its own costs and attorney's fees.

SO STIPULATED.

///

(STIPULATION - continued)

Dated: February 10, 2010.

                              LOW, BALL & LYNCH

                              By /s/
                                  DALE L. ALLEN, JR.
                                  DIRK D. LARSEN
                                  Attorneys for Defendants
                                  BAY AREA RAPID TRANSIT DISTRICT,
                                  OFFICERS McNACK and ZENDEJAS

Dated: February 8, 2010.

                              DLA PIPER LLP US

                              By /s/
                                  DAVID PRIEBE
                                  TIMOTHY LOHSE
                                  MARC BELLOLI
                                  Attorneys for Plaintiff
                                  GORDON SIMPSON

## [PROP~~OS~~ED] ORDER

Pursuant to the stipulation of the above parties, plaintiff GORDON SIMPSON's complaint is hereby DISMISSED WITH PREJUDICE as to defendants OFFICER ANISA McNACK, MICHAEL ZENDEJAS and BAY AREA RAPID TRANSIT DISTRICT, each side to bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: 2/12/10.

*IT IS SO ORDERED*
*Judge Edward M. Chen*