UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GORDON SIMPSON,

        Plaintiff,

    v.

OFFICER McNACK, *et al.*,

        Defendants.

_____/

No. C-06-4837 EMC

**NOTICE AND ORDER REGARDING PROPOSED JURY INSTRUCTIONS**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court intends to give the attached instructions at trial commencing on May 10, 2010.

Any objections shall be filed by **12:00 Noon, May 5, 2010.**

IT IS SO ORDERED.

Dated: April 29, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge