UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GORDON SIMPSON,

    Plaintiff,

  v.

OFFICERS A. McNACK, et al.,

    Defendants
_____/

Case No. C06-4837 EMC

**ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS**

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily refreshments for the seven (7) members of the jury in the above-entitled matter at the expense of the United States on May 10 - 14, 2010. Refreshments shall be delivered to the Jury Room in Courtroom 2, 17th Floor before 7:45 a.m.

IT IS SO ORDERED.

Dated: April 30, 2010

EDWARD M. CHEN
United States Magistrate Judge