UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON SIMPSON, | No. C-06-4837 EMC |
| Plaintiff, | |
| v. | **COURT'S PROPOSED VERDICT FORM (May 12, 2010)** |
| OFFICER NGUYEN, OFFICER WAYBRIGHT, OFFICER CERRUTI, SGT. STANLEY, | |
| Defendants. _____/ | |

We, the jury in the above-entitled action, unanimously find the following special verdict on the questions submitted to us.

**SECTION 1983 CLAIM AGAINST OFFICERS IN INDIVIDUAL CAPACITIES**

1. **Has Plaintiff Gordon Simpson proven by a preponderance of the evidence that any of the officer defendants listed below deprived him of his constitutional rights by using excessive force?**

    Defendant Officer Nguyen        Yes _____   No _____

    Defendant Officer Waybright     Yes _____   No _____

    Defendant Officer Cerruti       Yes _____   No _____

    Defendant Sgt. Stanley          Yes _____   No _____

    If you answered "yes" to <u>any part</u> of Question 1, then proceed to Question 2. If you answered "no" to <u>all</u> of Question 1, then skip all remaining questions, sign the verdict form where indicated below, and return the form to the Courtroom Deputy Clerk.

## DAMAGES

2. **If you find in favor of Plaintiff Gordon Simpson with respect to his claim against any of the officer defendants in Question 1, what is the amount of damages that should be awarded to him?**

   Amount _____

3. **Has Plaintiff Gordon Simpson proven by a preponderance of the evidence that he is entitled to punitive damages with respect to any of the officer defendants?**

   Defendant Officer Nguyen         Yes _____   No _____
   Defendant Officer Waybright      Yes _____   No _____
   Defendant Officer Cerruti        Yes _____   No _____
   Defendant Sgt. Stanley           Yes _____   No _____

   If you answered "yes" to <u>any part</u> of Question 3 above, then what is the amount of punitive damages that should be awarded to Mr. Simpson from each defendant for which you answered "Yes."

   Defendant Officer Nguyen         Amount _____
   Defendant Officer Waybright      Amount _____
   Defendant Officer Cerruti        Amount _____
   Defendant Sgt. Stanley           Amount _____

///
///
///
///
///
///
///
///
///

**SPECIAL INTERROGATORIES**

**4.  If you have found that at least one of the officer defendants violated Plaintiff Gordon Simpson's constitutional rights, the Court is required to make additional determinations.  Please answer <u>all</u> of the following special interrogatories (*i.e.*, Questions 4(a)-(f)).**

    **a.  When Plaintiff Gordon Simpson and Defendant Officer Nguyen first made contact, did Plaintiff Gordon Simpson behave in a manner that suggested he was about to attack Defendant Officer Nguyen?**

    Yes _____   No _____

    **b.  When Plaintiff Gordon Simpson and Defendant Officer Nguyen first made contact, was there a smell of alcohol coming from Plaintiff Gordon Simpson?**

    Yes _____   No _____

    **c.  Did Plaintiff Gordon Simpson, at any time during the incident in question, refuse to comply with the commands given to him by the officer defendants?**

    Yes _____   No _____

    **d.  Did Plaintiff Gordon Simpson, at any time during the incident in question, swing or kicked at any of the officer defendants?**

    Yes _____   No _____

    **e.  Did Plaintiff Gordon Simpson resist the officer defendants' attempt to restrain and arrest him?**

    Yes _____   No _____

  f.  **If your answer to 4.e. is "yes," did Plaintiff Gordon Simpson resist while he was on the ground?**

    Yes _____  No _____

**Please have the presiding foreperson sign and date the verdict form where indicated below, and return the form to the Courtroom Deputy Clerk.**

Dated:  May ____, 2010      Signed: _____

**United States District Court**
For the Northern District of California

4