DAVID PRIEBE (Bar No. 148679)
*david.priebe@dlapiper.com*
TIMOTHY LOHSE (Bar No. 177230)
*timothy.lohse@dlapiper.com*
MARC BELLOLI (Bar No. 244290)
*marc.belloli@dlapiper.com*

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel:  650.833.2000
Fax:  650.833.2001
Attorneys for Plaintiff
GORDON SIMPSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GORDON SIMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICERS A. McNACK, et al.<br><br>    Defendants. | CASE NO.  C-06-4837 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MOVE AND/OR APPLY FOR ATTORNEYS' FEES AND COSTS**<br><br>Hon. Edward M. Chen |

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21975346.1    STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MOVE AND/OR
APPLY FOR ATTORNEYS' FEES/COSTS - CASE NO. C-06-4837 EMC

1    Pursuant to Civil Local Rule 6-2(a), Plaintiff Mr. Gordon Simpson ("Mr. Simpson") and Defendant Officer Nguyen submit this Stipulation to continue all deadlines for motions and/or applications for attorneys' fees and costs under Federal Rule of Civil Procedure 54, 42 U.S.C. § 1983 and any other applicable rule or statute. Specifically, the parties request an order continuing the deadline for all motions seeking attorneys' fees or costs until twenty-one (21) days after the resolution of Officer Nguyen's motion for qualified immunity and motion for judgment as a matter of law.

    Good cause exists for extending the time to move or apply for attorneys' fees and costs. If Officer Nguyen prevails on either of his post-trial motions, briefing on fees and costs would in all likelihood be unnecessary and moot. Moreover, continuing all deadlines to apply or move for attorneys' fees and costs would avoid the potential situation where Mr. Simpson would have to file two separate motions for fees and costs – one on May 28, 2010 (the current deadline for such motions) and one following the resolution of Officer Nguyen's post-trial motions. The parties submit that briefing attorneys' fees and costs twice would result in the unnecessary consumption of the parties' resources and the Court's resources, particularly when substantive post-trial motions have yet to be decided. Accordingly, the parties respectfully request that the Court issue an Order continuing all deadlines for motions and applications for attorneys' fees and costs until twenty-one (21) day after the resolution of Officer Nguyen's post-trial motions.

    No prior time modifications in this Action have affected the dates for moving or applying for attorneys' fees and cost. Moreover, the effect of the Stipulation will either have no impact on the case schedule (if briefing on attorneys' fees and costs becomes unnecessary), or, at worst, result in a minimal delay of the resolution of this matter (if *all* briefing on fees and costs occurs after the resolution of Officer Nguyen's post-trial motions). The Declaration required by Civil Local Rule 6-3(a) is attached hereto as <u>Exhibit A</u>. An order regarding the extension of time to move or apply for attorneys' fees and costs is set forth below.

DLA Piper LLP (US)
East Palo Alto
WEST\21975346.1

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MOVE AND/OR APPLY FOR ATTORNEYS' FEES/COSTS - CASE NO. C-06-4837 EMC

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: May 25, 2010 | DLA PIPER LLP (US) |

By  */s/ Marc Belloli*
MARC BELLOLI
Attorneys for Plaintiff GORDON SIMPSON

Dated: May 25, 2010    CLAPP, MORONEY, BELLAGAMBA,
VUCINICH, BEEMAN and SCHELEY

By  */s/ Jeffrey M. Vucinich*
JEFFREY M. VUCINICH
Attorneys for Defendants
CITY OF HAYWARD; HAYWARD POLICE
DEPARTMENT; SGT. STANLEY; OFFICER
NGUYEN; OFFICER CERRUTI; OFFICER
WAYBRIGHT

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21975346.1

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MOVE AND/OR
APPLY FOR ATTORNEYS' FEES/COSTS - CASE NO. C-06-4837 EMC

**ATTESTATION**

I, Marc Belloli, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Jeffrey Vucinich has read and approved the filing of this Stipulation. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

Dated: May 25, 2010    DLA PIPER LLP (US)

By  */s/ Marc Belloli*
    MARC BELLOLI
    Attorneys for Plaintiff GORDON SIMPSON

DLA Piper LLP (US)
East Palo Alto

WEST\21975346.1

3
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MOVE AND/OR APPLY FOR ATTORNEYS' FEES/COSTS - CASE NO. C-06-4837 EMC

**[PROPOSED] ORDER**

All deadlines for motions and/or applications for attorneys fees and costs under Federal Rule of Civil Procedure 54, 42 U.S.C. § 1983 and any other applicable rule or statute are continued until twenty-one (21) days following the resolution of Officer Nguyen's defense of qualified immunity and Officer Nguyen's motion for judgment as a matter of law.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: 5/27/10     By _____
HONORABLE EDWARD M. CHEN
United States Magistrate Judge

