JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR #: 200160
ALAN J. CHANG, ESQ. BAR #: 263900
CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
BEEMAN and SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant
OFFICER ANTWAN NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON SIMPSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OFFICER ANTWAN NGUYEN,<br><br>　　　　Defendants. | CASE NO.: CV 06-04837 EMC<br><br>**DEFENDANT ANTWAN NGUYEN'S REQUEST TO WITHDRAW MOTIONS AND (~~proposed~~) ORDER VACATING ALL PENDING MOTIONS** |

　　　　As a result of the Honorable Judge Edward M. Chen's Order entered on July 22, 2010 on the above titled case, which vacated the jury's verdict, judgment, and special verdict findings from the jury trial conducted from May 10, 2010 to May 14, 2010 as to OFFICER ANTWAN NGUYEN, Defendant NGUYEN hereby requests to withdraw all pending motions on this case. Such motions include Defendant's Motion for Judgment on Qualified Immunity, Renewed Motion for Judgment as a Matter of Law, and Motion for New Trial. These motions are all currently set for hearing on August 25, 2010, and their docket numbers are 184, 193, and 196.

DATED: July 23, 2010

　　　　　　　　　　　　　　　　　　CLAPP, MORONEY, BELLAGAMBA,
　　　　　　　　　　　　　　　　　　VUCINICH, BEEMAN and SCHELEY


　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　JEFFREY M. VUCINICH, Attorney for
　　　　　　　　　　　　　　　　　　Defendant OFFICER ANTWAN NGUYEN

///

DEFENDANT ANTWAN NGUYEN'S REQUEST TO WITHDRAW MOTIONS AND (proposed) ORDER VACATING ALL PENDING MOTIONS; CASE NO. CV 06-04837 EMC

G:\Data\DOCS\0487\04137\Request to Withdraw Motions.wpd

[~~PROPOSED~~] ORDER

PURSUANT TO THE REQUEST ABOVE, IT IS SO ORDERED: The pending motions with docket numbers 184, 193, and 196, which were set for hearing on August 25, 2010, are hereby vacated by this Court.

Dated:    7/26/10



Honorable Judge Edward M. Chen
MAGISTRATE OF THE DISTRICT COURT

IT IS SO ORDERED
Judge Edward M. Chen

DEFENDANT ANTWAN NGUYEN'S REQUEST TO WITHDRAW
MOTIONS AND (proposed) ORDER VACATING ALL PENDING
MOTIONS; CASE NO. CV 06-04837 EMC

2

G:\Data\DOCS\0487\04137\Request to Withdraw Motions.wpd

<u>**GORDON SIMPSON v. OFFICERS A. McNACK and ZENDEJAS, et al.**</u>
U.S. District Court, Northern District of California Case No. C06-04837 EMC

<u>**PROOF OF SERVICE - Civil**</u>
[*Code of Civ. Proc. §§ 1011, 1013, 1031a, 2015.5*]

**METHOD OF SERVICE:**

☐ By Personal Service   ☐ By Mail   ☐ By Overnight Delivery
☐ By Messenger Service   ☐ By Facsimile   ☒ By E-Mail/Electronic Transmission

1. I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action.

2. My place of employment is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066.

3. On the date set forth below, I caused to be served a true and correct copy of the document described as:

**DEFENDANT ANTWAN NGUYEN'S REQUEST TO WITHDRAW MOTIONS AND (proposed) ORDER VACATING ALL PENDING MOTIONS**

4. I served the document on the persons below, as follows:

| | |
|---|---|
| David Priebe, Esq.<br>Timothy Lohse, Esq.<br>Marc Belloli, Esq.<br>DLA Piper LLP US<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>Tel: (650) 833-2000<br>Fax: (650) 833-2001<br>david.priebe@dlapiper.com<br>timothy.lohse@dlapiper.com<br>marc.belloli@dlapiper.com<br>**Attorneys for Plaintiff GORDON SIMPSON** | Michael Lawson, Esq.<br>City Attorney<br>Hall of Justice<br>777 B Street, 4th Floor<br>Hayward, CA 94541<br>Tel: (510) 583-4450<br>Fax: (510) 583-3660<br>Email: Michael.Lawson@hayward-ca.gov<br>**Attorney for defendant CITY OF HAYWARD** |

5. The document was served by the following means (specify):

  a. ☐ **BY PERSONAL SERVICE.** I personally delivered the documents to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

  b. ☐ **BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

|   |   |   |   |
|---|---|---|---|
| | (1) | ☐ | deposited the sealed envelope with the United States Postal Services, with the postage fully prepaid. |
| | (2) | ☐ | placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |

I am resident or employed in the County where the mailing occurred. The envelope or package was placed in the mail at San Bruno, California, County of San Mateo.

c. ☐ **BY OVERNIGHT DELIVERY.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **BY MESSENGER SERVICE.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service.

e. ☐ **BY FAX TRANSMISSION.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

f. ☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(Federal)** I declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2010, at San Bruno, California.

*Claudia Gomez*

*Proof of Service - Civil*
*[Code of Civ.Proc. §§ 1011, 1013, 1013a, 2015.5]*

G:\Data\DOCS\0487\04137\POS-Request to Withdraw Motions