1  **DLA PIPER LLP (US)**
   DAVID PRIEBE (Bar No. 148679)
2  *david.priebe@dlapiper.com*
   TIMOTHY LOHSE (Bar No. 177230)
3  *timothy.lohse@dlapiper.com*
   MARC BELLOLI (Bar No. 244290)
4  *marc.belloli@dlapiper.com*
   2000 University Avenue
5  East Palo Alto, CA 94303-2248
   Tel:  (650) 833-2000
6  Fax:  (650) 833-2001
7
8  Attorneys for Plaintiff GORDON SIMPSON
9
10              UNITED STATES DISTRICT COURT
11            NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  GORDON SIMPSON, | Case No. C-06-4837 EMC |
| 14              Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| 15       vs. | **OF DISMISSAL OF REMAINING DEFENDANTS** |
| 16  OFFICER A. McNACK, *et al.*, | **[Fed. R. Civ. P. 41(1)(a)(II)]** |
| 17              Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

WEST\22196144.1

1   Plaintiff Gordon Simpson previously dismissed defendants Bay Area Rapid Transit

2   District, Officer McNack, Officer Zendejas, City of Hayward and Hayward Police Department.

3   Defendants Office Waybright, Officer Cerruti, and Sgt. Stanley prevailed at trial. The case

4   having settled with the remaining defendant (Officer Nguyen), Plaintiff formally dismisses claims

5   against him on the terms of the settlement (which include no award of costs), with prejudice.

6   Respectfully submitted,

7   August 11, 2010                          DLA PIPER LLP (US)

8

9   By:   /s/ David Priebe
    Attorneys for Plaintiff GORDON SIMPSON

10

11  By:
    Attorneys for Defendants CITY OF HAYWARD;
    HAYWARD POLICE DEPARTMENT, A
12  Municipal Corporation; SGT. STANLEY, OFFICER
    NGUYEN; OFFICER CERRUTI; AND OFFICER
13  WAYBRIGHT

14  **ATTESTATION PER GENERAL ORDER 45(X)(b)**

15  I, David Priebe, attest that concurrence in the filing of this document has been obtained

16  from the other signatory to this document, Jeffrey Vucinich.

17

18  August 11, 2010                          By:   /s/ David Priebe

19

20  **ORDER**

21  Pursuant to stipulation, it is so ordered.

22          12
    August __, 2010                          B
23

24

25

26

27

28

-1-                                                     DISMISSAL
                                                        Case No. C-06-4837 EMC